

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00114-CV

| | | |
|---|---|---|
| IN THE INTEREST OF T.M., A CHILD | § | On Appeal from County Court at Law No. 1 |
| | § | of Wichita County (CCL-761-02-E) |
| | § | August 26, 2019 |
| | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's modification order. It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant Father shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
      Justice Dabney Bassel